IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| SHAWNTTIS FRANKLIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. CIV-14-1277-C |
| | ) | |
| RICKEY MOHAN and CARLA KING, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

This matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge Suzanne Mitchell on August 31, 2015. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge (Dkt. No. 29) is adopted, Defendants' Motion to Dismiss (Dkt. No. 25) is granted, and Plaintiff's Complaint is dismissed, without prejudice.

IT IS SO ORDERED this 29th day of September, 2015.

ROBIN J. CAUTHRON
United States District Judge